IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEHAN SEMPER,<br><br>    Plaintiff,<br><br>  vs.<br><br>HAWAII LIFE REAL ESTATE SERVICES, LLC, DBA HAWAII LIFE REAL ESTATE BROKERS; JOHN REEDER; JEANNA RIMMER; ROY VANDOORN; SAVIO REALTY LTD; ALLAN B. KROLL; JEANMARIE R. THEINE; MACARTHUR & COMPANY INC, DBA VENTURE SOTHEBY'S INTERNATIONAL REALTY; KAREN SCHNEIDER; HANNAH KEA TRAINER; GEORGIA CALLAWAY; HANK CORREA REALTY, LLC; JOHN T. CORREA,<br><br>    Defendants. | CIV. NO. 24-00211 HG-WRP |

**ORDER REVOKING PLAINTIFF'S IN FORMA PAUPERIS STATUS ON APPEAL**

On May 6, 2024, Plaintiff Jehan Semper,[1] proceeding pro se, filed a Complaint and an Application to Proceed in District Court Without Prepaying Fees or Costs.  (ECF Nos. 1, 3, 31).

Plaintiff's Complaint was difficult to decipher and contained unintelligible pleadings and theories related to her alleged attempt to purchase real estate in Hawaii.

---

[1] Plaintiff Semper, proceeding pro se, appears to have filed multiple frivolous lawsuits in several other federal district courts including the Western District of Washington (see Semper v. JBC Legal Group, 2005 WL 2172377 (W.D. Wash. Sept. 6, 2005) and the District of Utah (see Semper v. Yellen, 2024 WL 1307267 (D. Utah Mar. 27, 2024); Semper v. Yellen, 2023 WL 5596319 (D. Utah Aug. 29, 2023)).

1

On July 26, 2024, the Magistrate Judge issued a Findings and Recommendation to Grant Plaintiff's Application to Proceed Without Prepayment of Fees and Dismiss the Complaint With Leave to Amend.  (ECF No. 34).

On July 30, 2024, Plaintiff filed an Objection to the Findings and Recommendation.  (ECF No. 38).

On September 17, 2024, the Court issued an Order Adopting the Magistrate Judge's Findings and Recommendation to (1) Grant Plaintiff's Application to Proceed Without Prepayment of Fees and (2) Dismiss the Complaint with Leave to Amend, as Modified; Overruling Plaintiff's Objection to the Findings and Recommendation; and Striking Plaintiff's Nonconforming Pleadings. (ECF No. 41).

On September 19, 2024, Plaintiff filed a First Amended Complaint, and additional documents that did not conform to the rules, including a "First Affidavit Second Supplemental, Exh 1 Second Supplemental," and "Indigency and Health Affidavit."  (ECF Nos. 42, 43, 44).

On September 25, 2024, the Magistrate Judge issued a Findings and Recommendation to Dismiss Plaintiff's First Amended Complaint With Prejudice.  (ECF No. 45).

On September 26, 2024, Plaintiff filed an Objection to the Findings and Recommendation.  (ECF No. 46).

On October 21, 2024, the Court issued an Order Adopting the Magistrate Judge's Findings and Recommendation to Dismiss Plaintiff's First Amended Complaint with Prejudice, as Modified,

and Overruling Plaintiff's Objection to the Findings and Recommendation and a Judgment.  (ECF Nos. 47, 48).

Plaintiff repeatedly failed to comply with the Federal Rules of Civil Procedure and the Local Rules for the District of Hawaii.  Plaintiff's First Amended Complaint failed to state a claim despite multiple chances to amend and notice to Plaintiff as to the numerous deficiencies in her pleadings.

On October 28, 2024, Plaintiff filed a Notice of Appeal to the Ninth Circuit Court of Appeals.  (ECF No. 49).

On November 4, 2024, the Ninth Circuit Court of Appeals referred the matter to the District Court to evaluate "whether in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith."  (ECF No. 53).

## **STANDARD OF REVIEW**

Pursuant to Federal Rule of Appellate Procedure 24(a)(3), a party granted leave to proceed in forma pauperis in a district court action may continue in that status on appeal unless the district court certifies that the appeal is not taken in good faith.

Similarly, 28 U.S.C. § 1915(a)(3) provides that "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."

An appeal is taken in "good faith" if it seeks review of any issue that is "not frivolous."  Gardner v. Pogue, 558 F.2d 548, 551 (9th Cir. 1977) (quoting Coppedge v. United States, 369 U.S.

3

438, 445 (1962)).

An appeal is frivolous when it lacks any arguable basis in law or fact.  Neitzke v. Williams, 490 U.S. 319, 325 (1989).

## **ANALYSIS**

Plaintiff appeals the Judgment of this Court dismissing her First Amended Complaint with Prejudice.  (ECF Nos. 47, 48).

Plaintiff's pro se pleadings were difficult to decipher but stemmed from Plaintiff's alleged attempt to purchase real estate in Hawaii, despite her claims in her application to proceed in forma pauperis that she was unable to even pay the Court's filing fees and costs.

After mandatory screening of her complaints pursuant to Title 28, United States Code Section 1915(a), the Court found that Plaintiff failed to state a claim upon which relief may be granted.  See 28 U.S.C. § 1915(e)(2)(B); Lopez v. Smith, 203 F.3d 1122, 1127 (9th Cir. 2000).

The Court granted Plaintiff leave to amend her Complaint, instructing her that any amended pleading must be complete in and of itself without reference to any prior pleading.  The Court also detailed the factual allegations that Plaintiff needed to assert to state a sufficient claim.

Despite the Court's clear instructions, Plaintiff's First Amended Complaint (ECF No. 42) again failed to state a plausible claim against any of the numerous Defendants.

Plaintiff had multiple opportunities to sufficiently state a

4

claim for relief and failed to do so.  Nothing suggests that there is an arguable basis in either law or fact to challenge the Court's rulings on appeal.  See Neitzke, 490 U.S. at 325.

The Court finds that Plaintiff's appeal is frivolous. Coppedge, 369 U.S. at 445; see Hooker v. American Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002) (explaining that revocation of a previously granted in forma pauperis status is appropriate when the district court finds that the appeal is frivolous).

## CONCLUSION

The District Court **CERTIFIES** to the Ninth Circuit Court of Appeals that Plaintiff's appeal is frivolous.

Plaintiff's in forma pauperis status is **REVOKED.**

The Clerk is **DIRECTED** to send a copy of this Order to Plaintiff and the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

DATED: November 5, 2024, Honolulu, Hawaii.

Helen Gillmor
United States District Judge

Jehan Semper v. Hawaii Life Real Estate Services, LLC, dba Hawaii Life Real Estate Brokers; John Reeder; Jeanna Rimmer; Roy Vandoorn; Savio Realty Ltd; Allan B. Kroll; Jeanmarie R. Theine; Macarthur & Company Inc, dba Venture Sotheby's International Realty; Karen Schneider; Hannah Kea Trainer; Georgia Callaway; Hank Correa Realty, LLC; John T. Correa; Civ. No. 24-00211 HG-WRP; **ORDER REVOKING PLAINTIFF'S IN FORMA PAUPERIS STATUS ON APPEAL**

5